# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-0514
LT Case No. 2015-304586-CFDB

———————————————

MICHAEL BOLAND,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.850 Appeal from the Circuit Court for Volusia County.
Raul A. Zambrano, Judge.

Michael Boland, Perry, pro se.

Ashley Moody, Attorney General, Tallahassee, and Allison L.
Morris, Assistant Attorney General, Daytona Beach, for Appellee.

April 2, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and LAMBERT and KILBANE, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————